STANLEY P. FISHMAN*
CHRISTOPHER E. McINTYRE > +
MITCHELL B. LEVINE*
SCOTT D. SAMANSKY**
DONALD M. GARSON >
JAE E. LEE ^

# FISHMAN  McINTYRE

FISHMAN McINTYRE LEVINE SAMANSKY P.C.
ATTORNEYS AT LAW

NEW JERSEY OFFICE
120 EAGLE ROCK AVENUE
EAST HANOVER, NJ
Tel (973)560-9000
Fax (973)560-0600

Of Counsel
CASSANDRA A. WILLOCK*
SCOTT A. GROSSMAN <

STEVEN W. FIRSICHBAUM >
JANE ANN E. WHITCHURCH >
ANN MARIE F. KANE*
HEATHER M. RAGO*
PETER J. MURANO, III*

44 WALL STREET – 12th Floor
NEW YORK, NEW YORK 10005
Telephone (212) 461-7190
Fax (845) 369-0673

> NJ BAR
< NY BAR
**NJ & DC BARS
* NJ & NY BARS
^ NJ & PA BARS
+ Certified Civil Trial Attorney

September 28, 2015

*Via ECF Filing*

Magistrate James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  **Re: Anne Chong v. Target Corporation**
    **Case No.: 1:14-cv-00547 (WFK) (JO)**
    **Our File No.: TARN-74-ML**

Dear Judge Orenstein:

  In connection with the above, this office represents Target Corporation. Please allow this letter to advise Your Honor that the matter has been settled, pending exchange of the appropriate settlement documentation.

  Thank you for all of Your Honor's assistance with this matter.

      Respectfully yours,

      MITCHELL B. LEVINE (ML 0998)
      mitch@fishmanmcintyre.com

MBL:vt
cc: Akiva Ofshtein, Esq., *Via ECF Filing*