UNITED STATES DISTRICT COURT
EATERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANNE CHONG,

                Plaintiffs,

-against-

TARGET CORPORATION,

                Defendants.
---------------------------------------------------------X

CIVIL ACTION

Case No.: 1:14-cv-00547-WFK-JO

STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
        August 11, 2015

**Ofshtein Law Firm, P.C.**
By: Akiya Ofshtein, Esq.

_____
Attorneys for Plaintiff(s)
Anne Chong
1723 East 12th Street, 4th Floor
Brooklyn, New York 11229
(718) 455-5252
Our File No.: 13MVA4035

FISHMAN McINTYRE
FISHMAN McINTYRE LEVINE SAMANSKY P.C.
By: Mitchell B. Levine, Esq.

_____
Attorneys for Defendant,
TARGET CORPORATION
44 Wall Street, 12th Floor
New York, New York 10005
Tel: (212) 461-7190
File No: TARN-74